THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CRESBY, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed on the law and the facts, information dismissed and bail exonerated. In our opinion the conviction was contrary to the evidence. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT P. GALLAGHER, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, reversed on the law and the facts, information dismissed and fine directed to be remitted. Defendant's conviction is contrary to the evidence. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs for reversal but votes for a new trial; Kapper, J., dissents and votes to affirm.